# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 7   No.   11-44072 |
| Joseph Stanley Varan | Judge   John H. Squires |
| Debtor(s) | |

## NOTICE OF MOTION

To:   Joseph Stanley Varan         David E Grochocinski         Erica Crohn Minchella, Ltd.
      306 East 1st Street          1900 Ravinia Place           7538 St. Louis Ave
      Hinsdale, IL 60521           Orland Park, IL 60462        Skokie, IL 60076

PLEASE TAKE NOTICE that on 11/18/2011 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John H. Squires in Room 4016, DuPage County Courthouse, 505 North County Farm Rd, Wheaton, IL 60187, and present the attached motion, a copy of which is attached, at which time and place you may appear if you wish.

/s/Susan J. Notarius
Susan J. Notarius

## PROOF OF SERVICE

I, the undersigned, an attorney, certify that I served the Debtor(s) by regular mail at the address above, and Erica Crohn Minchella, Ltd. and David E Grochocinski through the Court ECF system on or before November 10, 2011.

/s/Susan J. Notarius
Susan J. Notarius

Susan J. Notarius, ARDC # 06209646
Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
312-201-6662

## THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT
## ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Joseph Stanley Varan

Debtor(s)

Chapter 7 No.     11-44072

Judge     John H. Squires

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

American Home Mortgage Servicing, Inc., servicing agent for The Bank of New York, as Trustee for the TBW Mortgage Backed Pass-Through Certificates, Series 2006-2, (hereinafter: "Movant"), through its attorney Kluever & Platt, LLC, states as follows:

1. The Court has jurisdiction over this core proceeding.

2. This case was filed 10/30/2011.

3. Movant held a security interest in, by virtue of a mortgage on, the property located at 364 W 63rd Street, Willowbrook, IL, (the "Subject Property").

4. Debtor, in order to stop an Eviction, sent schedules to the Dupage County sheriff listing the Subject Property, which to date, said schedules have not been filed.  The "Schedules" are attached hereto and made a part hereof.

5. The Dupage county sheriff advised the office of counsel for movant, that the Subject Property contained a note, something to the effect of, I have moved in and you can't evict me.

6. The Debtor does not own and is not the former owner prior to foreclosure of the Subject Property.

7. On December 7, 2010, prior to the filing of the instant case, the Subject Property was sold to Movant at a foreclosure sale.

8. The Order Approving Sale was entered in this case on April 8, 2011.

9. As such, the Subject Property is not property of the Bankruptcy Estate.

10. Movant adopts the facts set forth in the attached "Required Statement to Accompany all Motions for Relief from Stay" as allegations in support of this motion.

11. Movant's interest in the subject property is inadequately protected.

12. The foregoing constitutes sufficient cause entitling Movant to relief pursuant to 11 U.S.C. §362(d) and a waiver of the 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

WHEREFORE, Movant requests this Court enter an Order Granting Movant Relief from the Automatic Stay instanter as the Court deems appropriate and for such other relief as the Court Deems just.

/s/Susan J. Notarius
Susan J. Notarius

Susan J. Notarius, ARDC # 06209646
Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
312-201-6662

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**