IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE:  JOSEPH STANLEY VARAN                    ) Chapter 07
                                                )
                                                )
                                                )
                                   - Creditor   ) No. 11-44072
The Bank of New York Mellon FKA The             )
Bank of New York as Trustee for the             )
Certificateholders of the CWALT, Inc.,          )
Alternative Loan Trust 2007-OA4 Mortgage        )
Pass-Through Certificates, Series 2007-OA4      )
                                                )
                v.                              ) Judge
                                                ) Donald R. Cassling
JOSEPH STANLEY VARAN              - Debtor      )
                                                )
```

NOTICE OF MOTION

TO:   SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON January 11, 2013 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, Dupage County Courthouse Courtroom 4016, 505 North County Farm Road, Wheaton, Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on January 2, 2013, with proper postage prepaid.

                                            PIERCE & ASSOCIATES, P.C.


                                            /s/Dana N. O'Brien

**THIS DOCUMENT IS AN ATTEMPT             ARDC#6256415
TO COLLECT A DEBT AND ANY                 1 N. Dearborn, Ste. 1300
INFORMATION OBTAINED WILL BE              Chicago, Illinois 60602
USED FOR THAT PURPOSE**                   312-346-9088

12-5872

NOTICE OF MOTION ADDRESSES

```
To Trustee:
David E.  Grochocinski
1900 Ravina Place
Orland Park, Illinois 60462
```
**by Electronic Notice through ECF**


```
To Debtor:
JOSEPH STANLEY VARAN
306 East 1st Street
Hinsdale, IL 60521
```
**by U.S. Mail**


```
To Attorney:
Erica Crohn Minchella
7538 St. Louis Ave.
Skokie, IL 60076
```
**by Electronic Notice through ECF**


```
PIERCE & ASSOCIATES, P.C.
Attorneys For:
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
```


PA12-5872

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>JOSEPH STANLEY VARAN,<br><br>　　　　Debtor | Chapter 7<br><br>Case No. 11-44072<br><br>JUDGE Donald R. Cassling<br><br>Hearing: January 11, 2013 |

**MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

　　The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-OA4 Mortgage Pass-Through Certificates, Series 2007-OA4 ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor having an address of 306 East 1st Street, Hinsdale, IL 60521 (the "Property"). The Required Statement is attached hereto, in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on October 30, 2011.

2. The Debtor has executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $2,100,000.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

3. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor under

   and with respect to the Note and the Mortgage are secured by the Property.  A copy of the Mortgage is attached hereto as Exhibit B.

4. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage, a copy of which is attached hereto as Exhibit C.

5. As of the December 21, 2012, the outstanding amount of the Obligations is:  $2,956,396.50.

6. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $550 in legal fees and $176 in costs.  Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

7. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtor:

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 1 | 07/01/08 | 07/01/08 | $7,523.16 | $7,523.16 |
| 5 | 08/01/08 | 12/01/08 | $10,414.24 | $52,071.20 |
| 12 | 01/01/09 | 12/01/09 | $10,978.48 | $131,741.76 |
| 2 | 01/01/10 | 02/01/10 | $11,585.04 | $23,170.08 |
| 3 | 03/01/10 | 05/01/10 | $11,585.05 | $34,755.15 |
| 3 | 06/01/10 | 08/01/10 | $27,813.86 | $83,441.58 |
| 1 | 09/01/10 | 09/01/10 | $29,417.76 | $29,417.76 |
| 3 | 10/01/10 | 12/01/10 | $11,585.04 | $34,755.12 |
| 11 | 01/01/11 | 11/01/11 | $12,237.09 | $134,607.99 |
| 1 | 12/01/11 | 12/01/11 | $34,488.37 | $34,488.37 |
| 2 | 01/01/12 | 02/01/12 | $35,189.32 | $70,378.64 |
| 3 | 03/01/12 | 05/01/12 | $37,389.23 | $112,167.69 |
| 3 | 06/01/12 | 08/01/12 | $39,390.49 | $118,171.47 |
| 3 | 09/01/12 | 11/01/12 | $41,012.12 | $123,036.36 |
| 1 | 12/01/12 | 12/01/12 | $10,046.97 | $10,046.97 |

**Total: $999,773.30**

8. The estimated market value of the Property is $2,000,000.00. The basis for such valuation is Schedule A of the Debtor's Petition.

9. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $3,394,852.18.

10. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

January 2, 2013

/s/Dana O'Brien
Dana O'Brien
ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn St.
Suite 1300
Chicago, Illinois 60602
(312)346-9088