# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Joseph Stanley Varan | ) | Bankruptcy No. 11 B 44072 |
| Debtor | ) | |
| | ) | Judge Donald R. Cassling |
| | ) | |
| | ) | Chapter 7 |
| | ) | |

To:    See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 19, 2014,** at the hour of 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Donald R. Cassling in Courtroom 619 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Leave to Amend Response to Motion**, a copy of which is hereby served upon you. You may appear if you so choose.

>    David P. Lloyd
>    615B S. LaGrange Rd.
>    LaGrange IL  60525
>    708-937-1264
>    Fax: 708-937-1265

## CERTIFICATE OF SERVICE

   I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 8th day of August, 2014.

>    ____/s/ David P. Lloyd_____
>    David P. Lloyd

**Joseph Stanley Varan**
**11 B 44072**
**Service List**

- Alan F Block     alan@block-landsman.com
- Adam B Goodman     adam@thegoodmanlawoffices.com
- Brenda Porter Helms     brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Terri M Long     Courts@tmlong.com
- Kathleen M. McGuire     kmcguire@innovalaw.com, kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
- Josephine J Miceli     Jo@johnsonblumberg.com
- Harold L Moskowitz     hlmatty@aol.com
- Susan J. Notarius     snotarius@Klueverplatt.com, bknotice@klueverplatt.com
- Dana N O'Brien     dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
- John H Redfield     jredfield@craneheyman.com, mjoberhausen@craneheyman.com
- Jeffrey Snell     jeffrey.snell@usdoj.gov
- Jessica Tovrov     jessica@tovrovlaw.com
- Adam S Tracy     at@tracyfirm.com
- Daniel C Walters     dan.walters@il.cslegal.com

Joseph Stanley Varan
306 E. 1st Street
Hinsdale IL  60521

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Joseph Stanley Varan | ) | Bankruptcy No. 11 B 44072 |
| Debtor | ) | |
| | ) | Judge Donald R. Cassling |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |

**MOTION FOR LEAVE TO AMEND RESPONSE TO MOTION**

NOW COMES Erica Crohn Minchella, former counsel for the Debtor, by and through her attorneys, David P. Lloyd, Ltd., and moves this honorable Court for leave to file an amended response to the motion of the United States Trustee for sanctions, and in support thereof state as follows:

1. The Debtor filed his voluntary Chapter 7 petition on October 30, 2011. Movant was counsel for the Debtor in filing his bankruptcy petition.

2. On December 7, 2012, Movant was granted leave to withdraw as counsel for the Debtor.

3. On December 3, 2013, the United States Trustee filed a motion for sanctions against Movant.

4. On January 10, 2014, Movant filed a response to the United States Trustee's motion for sanctions.

5. The motion for sanctions has been continued from time to time, and is set for trial on September 8, 2014.

6. Movant and her counsel have had discussions with the United States Trustee's office regarding the motion for sanctions, and have determined to seek authority to file an amended

response, consenting to the relief sought in the motion.

7. Attached hereto is a copy of the amended response that Movant proposes to file, along with a proposed order granting the relief sought by the United States Trustee in its motion for sanctions. The proposed order provides for payment of fees and costs to the United States Trustee in the amount reported by the United States Trustee to be due to date.

8. The amended response, and the proposed order, will resolve the motion for sanctions and will obviate the need for trial of the motion.

WHEREFORE Erica Crohn Minchella prays for leave to file an amended response to the United States Trustee's motion for sanctions in the form attached, and for entry of an order resolving the motion for sanctions in the form attached.

    Respectfully submitted,
    Erica Crohn Minchella


    By:___/s/ David P. Lloyd_____
        One of her attorneys

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265