IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOSEPH STANLEY VARAN | ) 11-44072 |
| | ) |
| Debtor | ) Judge Donald Cassling |
| | ) Chapter 7 |

## ORDER GRANTING MOTION
## (ORDER EFFECTIVE SEPTEMBER 2, 2014)

This matter coming to be heard on the motion of MICHAEL WATERLAND ("Waterland"), pursuant to 11 U.S.C. §105 and §362(d) to annul the stay and permit it to continue record its deed obtained at the Sheriff's Sale of that foreclosure on that parcel of real estate otherwise commonly known as 8215 S. Maryland, Chicago, Illinois (the "Property"), all parties being notified, and the Court being fully advised in the premises, THE COURT DOES HEREBY ORDER AS FOLLOWS:

1. The automatic stay as to that parcel of real estate otherwise commonly known as 8215 S. Maryland, Chicago, Illinois (the "Property") is annul and Petitioner is permitted to continue record that deed obtained at the Sheriff's Sale of the foreclosure of the Property, *nunc pro tunc*, to the date of filing;

2. The Trustee should abandon all claim to the Property and permit Waterland to record its deed

DATE: 19 AUG 2014

ENTERED:

*Donald R. Cassling*
JUDGE DONALD CASSLING

HAROLD L. MOSKOWITZ
55 West Monroe Street
Suite 3950
Chicago, Illinois 60603
(312) 977-0223
ARDC: 3128347