UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-44072 |
| | ) | |
| JOSEPH STANLEY VARAN, | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | DuPage |
| Debtor(s) | ) | |

**ORDER AWARDING ATTORNEYS' FEES TO THE UNITED STATES TRUSTEE**

On June 24, 2014, the Court issued its Order concerning the U.S. Trustee's Motion For Sanctions Against Adam B. Goodman and Jessica Tovrov [Docket No. 239]. The Order directed the U.S. Trustee to file an itemization of his fees and costs relating to the Sanctions Motion by July 24, 2014, provided Respondents Goodman and Tovrov until August 7, 2014, to file any objections to the itemization, and set a status hearing on the matter for August 19, 2014.

The U.S. Trustee timely filed his itemization requesting $2,098.66 in fees and $0 in costs [Docket No. 242]. Respondents Goodman and Tovrov have not objected to the fees sought in the U.S. Trustee's itemization.

The Court finding the fees requested by the U.S. Trustee are reasonable, and for the reasons stated on the record at the status hearing held August 19, 2014, IT IS HEREBY ORDERED that Adam B. Goodman and Jessica Tovrov shall tender payment in the amount of $2,098.66 to the U.S. Trustee within fourteen (14) days of the entry of this order for his attorneys' fees and costs relating to this matter.

Enter:

Dated: 8-19-14

*Donald R. Cassling*
United States Bankruptcy Judge

**Prepared by:**
Jeffrey S. Snell, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, Illinois  60604
(312) 886-0890

Rev: 20120501_bko