# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re: )
Joseph Stanley Varan )
)
)
)
)
)
Debtor(s) )

BK No.:    11-44072

Chapter:  7

Honorable Donald R. Cassling

## ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR SANCTIONS AGAINST ERICA CROHN MINCHELLA UNDER 11 U.S.C. 105 AND 329

This matter coming before the Court on the U.S. Trsutee's Motion for Sanctions Against Erica Crohn Minchella; due notice having been given; and respondent Erica Crohn Minchella consenting to the relief sought without admitting liability on the motion;

IT IS HEREBY ORDERED:

(A) Erica Crohn Minchella shall, within twelve (12) months of the entry of this order, complete a Professional Responsibility course offered by an ABA approved law school and file a certification from the institution verifying her successful completion of said course;

(B) Erica Crohn Minchella shall disgorge the $9,875.00 in fees collected post-petition in this case to the Chapter 7 Trustee, *within 30 days after the entry of this order.*

(C) Erica Crohn Minchella shall remit payment in the amount of $10,028.53, consisting of $9,046.53 in attorneys' fees and $982.00 in costs, to the U.S. Trustee for his attorneys' fees and costs relating to this motion for sanctions, *within 30 days after the entry of this order.*

Enter:

*Donald R. Cassling*

United States Bankruptcy Judge

Dated: 8-19-14

**Prepared by:**
David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265