UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Donald R. Cassling | **Hearing Date** | August 20, 2014 |
| **Bankruptcy Case No.** | 11 B 44072 | **Adversary No.** | |
| **Title of Case** | Joseph Stanley Varan | | |

**Brief Statement of Motion**
U.S. Trustee's Motion for Sanctions Against Erica Crohn Minchella

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Based on the order entered August 19, 2014 granting the U.S. Trustee's motion for sanctions against Erica Crohn Minchela, the trial scheduled for September 8, 2014 is moot.

*/s/ Donald R. Cassling*