**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-44072 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VARAN, JOSEPH | | | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | | | 341(a) Meeting Date: | 12/14/11 |
| For Period Ending: | 09/30/14 | | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 306 EAST 1ST STREET, HINSDALE | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 300.00 | 0.00 | | 0.00 | FA |
| 3. JOINTLY OWNED HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. TOOLS | 750.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. WATCH | 400.00 | 0.00 | | 0.00 | FA |
| 7. 3 PISTOLS AND SHOTGUN | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8. MISC HOUSEHOLD GOODS | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9. VW CREDIT | 0.00 | 9,292.41 | | 9,292.41 | FA |
| 10. BENTLEY FIN SVCS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. ARMOR RECOVERY | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. CHAET KAPLAN & BIAM, PC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. MICHAEL BAIM | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. BENTLEY FIN SVCS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. BENTLEY NORTHBROOK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. FRED KALMIN | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. ROMAN SEK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. BAC HOME LOAN SVC LP | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19. BANK OF AMERICA | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20. WIRBICKI LAW FIRM | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 21. GREENWICH 2006CH 24011 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22. BANK OF NY MELLON 2008CH 38923 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23. CLAIM AGAINST WIRBICKI LAW FIRM | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 24. COMPUTER | 1,500.00 | 0.00 | | 0.00 | FA |
| 25. Possible 1/6 interest in 1625 Estes, Des Plaines, (u) IL | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.03a

Case 11-44072   Doc 255   Filed 10/29/14   Entered 10/29/14 12:23:01   Desc Main
Document   Page 2 of 8

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 11-44072 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VARAN, JOSEPH | | | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | | | 341(a) Meeting Date: | 12/14/11 |
| | | | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Amended Schedule #3 Filed 10/01/2013 | | | | | |
| 26. Single family - 2036 S. 1st. Ave., Maywood, IL (u) | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| Amended Schedule #2 10/01/2013 | | | | | |
| Tax purchaser is about to go to tax deed 2011 COTD00278 (Wheeler Deealer, Ltd.) | | | | | |
| Partnership interest-subject to real estate taxes | | | | | |
| 27. 2 flat at 15216 Turlington, Harvey, IL (u) | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| Judicial sale completed, however, Debtor was not served properly, so it is subject to a Quash Service motion. Subject to real estate taxes. | | | | | |
| 28. 2-Flat at 2414 N. Marmora, Chicago (u) | 80,000.00 | 0.00 | | 0.00 | 0.00 |
| Partnership interest - subject to real estate taxes | | | | | |
| 29. Single Family Home-6104 Marshall, Chicago Ridge, (u) IL | 0.00 | 0.00 | | 0.00 | 0.00 |
| Purchased at sheriff's (levy) sale. Subject to first mortgage. Possible claim to Quash Service against lender because Debtor was served by publication. Unable to determine without further litigation-subject to real estate taxes. | | | | | |
| 30. Condominium 7747 S. Kingston Ave., Unit C, (u) Chicago, IL | 60,000.00 | 60,000.00 | OA | 0.00 | FA |
| Condo association has possession for payment of condo dues & special assessment. | | | | | |
| Fee title-subject to real estate taxes. | | | | | |
| 31. Single Family House 223 E. 136th Street, Chicago, (u) IL | 10,000.00 | 0.00 | | 0.00 | FA |
| Fee title-Subject to outstanding real estate taxes | | | | | |
| 32. Single Family Home 2233 Des Plaines St., Blue (u) Island, IL | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

| Case No: | 11-44072 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VARAN, JOSEPH | | | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | | | 341(a) Meeting Date: | 12/14/11 |
| | | | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Foreclosure complete, however Debtor was not served properly. Unable to determine without further litigation. | | | | | |
| 33. Single Family Home-4610 N. 97th Place, Oak Lawn, (u) IL | 0.00 | 0.00 | | 0.00 | FA |
| Foreclosure complete, however, Debtor was never properly served. Unable to determine without further litigation | | | | | |
| 34. Condo units at 5817 N. Artesian, Units 2 & 3, (u) Chicago, IL | 0.00 | 0.00 | | 0.00 | FA |
| Judicial sale completed, however, Debtor was never served properly. Unable to determine without further litigation. | | | | | |
| 35. 342 101st St., Chicago, IL (u) | 0.00 | 0.00 | | 0.00 | FA |
| Subject to further litigation to determine validity of claim | | | | | |
| 36. vacant lot at 146 W. 119th St., Chicago, IL (u) | 80,000.00 | 0.00 | | 0.00 | FA |
| Partnership interest with Mike Waterland-subject to real estate taxes | | | | | |
| 37. 25% interest in 2 LLC's (u) | Unknown | N/A | | 0.00 | FA |
| 38. 4900 Cheap Real Estate LLC 111 East Chestnut B (u) | Unknown | N/A | | 0.00 | FA |
| 39. 4900 Cheap Real Estate LLC 111 East Chestnut A (u) | Unknown | N/A | | 0.00 | Unknown |
| 40. Claim against Jerry Kurzac for Sale of 2001 530i (u) BMW | 6,000.00 | 0.00 | | 0.00 | FA |
| 41. 342 W. 101st Street, Chicago, IL 60628 Single (u) Family Home, Debtor improperly served OAS 2/2/2010 Debtor contests service | Unknown | N/A | | 0.00 | FA |
| 42. Claim against Goodman & Tovrov for sanctions (u) | 0.00 | 0.00 | | 26,511.14 | 0.00 |
| 43. Claim against Minchella for sanctions (u) | 0.00 | 0.00 | | 9,875.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,279,450.00 | $83,792.41 | | $45,678.55 | $10,000.00 |

LFORM1

Ver: 18.03a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 4

| Case No: | 11-44072 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VARAN, JOSEPH | | | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | | | 341(a) Meeting Date: | 12/14/11 |
| | | | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Appointed successor trustee 4/17/14

Active

341 MEETING CONTINUED TO 1/10/12; RESET FOR 1/17/12 IN TRUSTEE'S OFFICE; MANY TRASNFERS AND LLC ENTITITES TO

INVESTIGATE; ADVERSARY PENDING REGARDING TURNOVER OF AUTO

Investigating interests in real estate and possible abandonment of assets.

Motion to abandon assets in progress.

Column 6 assets with $0.00 value are to be included in motion to abandon.

Initial Projected Date of Final Report (TFR): 12/30/14　　Current Projected Date of Final Report (TFR): 12/31/15

　　/s/　BRENDA PORTER HELMS, TRUSTEE
_____ Date: 10/29/14
　　BRENDA PORTER HELMS, TRUSTEE

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 18.03a

FC yuMag

.aBe:  1

**INDVDIUAVNLU IAIESDNUVTPUPENRO NIYITDNU IAC P**

| Case No: | 11-44072 -DRC | | V,EsPee NaHe: | 9RLNDu .ORVLR SL/3Ad VRTAVLL |
| Case NaHe: | JuRuNd gOAL.S | | 9atm NaHe: | r,eet 9atm |
| | | | uhhoEtP NEHle, 5 CD ): | IIIIIII7201  CxehmptB uhhoEtP |
| VaMUaFe, iD No: | IIIIIIIG741 | | | |
| co, .e,po( Lt(ptB: | 0n560514 | | 98atmeP 9ot( vUe, hase 8pHpPY: f  yd000d000K00 |
| | | | AeUa,aPe 9ot( vp= aUU8phal8eY: | |

| 1 | 2 | 6 | 4 | y | b | 7 |
|---|---|---|---|---|---|---|
| V,atsahPpot DaPe | Cxehm o, Re=e,ethe | .ap( Vo 5 RehepWe( c,oH | Desh,pUPpot O= V,atsahPpot | Ttp=o,H V,atK Co(e | DeUospPs vfY | DpslE,seHetPs vfY | uhhoEtP 5 CD 9a8athe vfY |
| | | | 9u/uNCL cOR&uRD | | | 0K00 |
| 0y502516 | n | J& CRLDi  Vd iNCK<br>1401 cRuN#/iN 9/JD<br>/i9  LRVwJi //Ld i/  b004G | Au/L5uTCViON .ROCLLDA | 112n-000 | nd2n2K4 | nd2n2K41 |
| 0y516516 | 006001 | T.A<br>/OC#9Oj y77<br>CuRO/ AVRLu3d i/  b0162 | OJLRNi rSV DL/iJLRw CSuRrLA<br>2nn0-000         f-22K1G | 2nn0-000 | 22K1G | nd270K26 |
| 0y561516 | | r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200<br>SoEsPotd Vj  770n2 | 9atm Ae,Wphe cee | 2b00-000 | 14KnG | nd2yyK2y |
| 0b52G516 | | r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200<br>SoEsPotd Vj  770n2 | 9atm Ae,Wphe cee | 2b00-000 | 16K4G | nd241K77 |
| 07561516 | | r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200<br>SoEsPotd Vj  770n2 | 9atm Ae,Wphe cee | 2b00-000 | 14Kn1 | nd22bKGb |
| 0G560516 | | r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200<br>SoEsPotd Vj  770n2 | 9atm Ae,Wphe cee | 2b00-000 | 1yKG4 | nd211K02 |
| 0n560516 | | r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200<br>SoEsPotd Vj  770n2 | 9atm Ae,Wphe cee | 2b00-000 | 16K42 | nd1n7Kb0 |
| 10561516 | | r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200 | 9atm Ae,Wphe cee | 2b00-000 | 14KG4 | nd1G2K7b |

.aBe AElPoPa8s          nd2n2K41          10nKby

Je,: 1GK06a

/cOR324

FC yUMg .aBe: 2

**INDVDIUAVNLU IAIESDNUVTPUPENRO NIYITDNU IAC P**

Case No: 11-44072 -DRC  
Case NaHe: JuRuNd gOAL.S  

V,EsPee NaHe: 9RLNDu .ORVLR SL/3Ad VRTAVLL  
9atm NaHe: r,eet 9atm  
uhhoEtP NEHle, 5 CD ): IIIIIII7201  CxehmptB uhhoEtP  

VaMUaFe, iD No: IIIIIIIG741  
co, .e,po( Lt(ptB: 0n560514  

98atmeP 9ot( vUe, hase 8pHpPY: f  yd000d000K00  
AeUa,aPe 9ot( vp= aUU8phal8eY:

| 1 | 2 | 6 | 4 | y | b | 7 |
|---|---|---|---|---|---|---|
| V,atsahPpot DaPe | Cxehm o, Re=e,ethe | .ap( Vo 5 RehepWe( c,oH | Desh,pUPpot O= V,atsahPpot | Ttp=o,H V,atK Co(e | DeUospPs vfY | DpslE,seHetPs vfY | uhhoEtP 5 CD 9a8athe vfY |
| 1152n516 | | SoEsPotd Vj  770n2<br>r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200 | 9atm Ae,Wphe cee | 2b00-000 | | 14KG1 | nd1b7Kny |
| 12561516 | | SoEsPotd Vj  770n2<br>r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200 | 9atm Ae,Wphe cee | 2b00-000 | | 14K61 | nd1y6Kb4 |
| 01561514 | | SoEsPotd Vj  770n2<br>r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200 | 9atm Ae,Wphe cee | 2b00-000 | | 1yK72 | nd167Kn2 |
| 0252G514 | | SoEsPotd Vj  770n2<br>r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200 | 9atm Ae,Wphe cee | 2b00-000 | | 16K61 | nd124Kb1 |
| 06561514 | | SoEsPotd Vj  770n2<br>r,eet 9atm<br>TA V,EsPee Ae,Wphes<br>2n00 No,Px /ooU &esPd AEpPe 200 | 9atm Ae,Wphe cee | 2b00-000 | | 16K77 | nd110KG4 |
| 04502514 | 006002 | SoEsPotd Vj  770n2<br>iNVLRNuViONu/ ATRLViLAd /VD<br>701 .OwDRuA AVRLLV<br>ATiVL 420<br>NL& OR/LuNAd /u  7016n | 98atmeP lot( )01b02b4yy  2501514<br>Po 251051y<br>            2600-000        f-7Kyb | 2600-000 | | 7Kyb | nd106K2G |
| 04560514 | | r,eet 9atm | 9atm Ae,Wphe cee | 2b00-000 | | 12K7n | nd0n0K4n |
| 0y502514 | | V,ats=e, Po uhhP )IIIIIII1G4G | 9atm cEt(s V,ats=e, | nnnn-000 | | nd0n0K4n | 0K00 |
| I  0G516514 | 42 | roo(Hat /aQ O==phes<br>10y &K 3a(psot AP<br>CxphaBo/ib 0b02 | AathPpots Ue, hoE,P o,(e, | 12n0-006 | 2bdy11K14 | | 2bdy11K14 |

.aBe AElPoPa8s    2bdy11K14    nd1G2K7b

Je,: 1GK06a

/cOR324

.aBe:    6

**INDVDIUAVNLU IAIESDNUVTPUPENRO NIYITDNU IAC P**

| Case No: | 11-44072 -DRC | | V,EsPee NaHe: | 9RLNDu .ORVLR SL/3Ad VRTAVLL |
|---|---|---|---|---|
| Case NaHe: | JuRuNd gOAL.S | | 9atm NaHe: | r,eet 9atm |
| | | | uhhoEtP NEHle, 5 CD ): | IIIIIII7201  CxehmptB uhhoEtP |
| VaMUaFe, iD No: | IIIIIIIG741 | | | |
| co, .e,po( Lt(ptB: | 0n560514 | | 98atmeP 9ot( vUe, hase 8pHpPY: f  yd000d000K00 |
| | | | AeUa,aPe 9ot( vp= aUU8phal8eY: | |

| 1 | 2 | 6 | 4 | Ttp=o,H V,atK Co(e | y | b | 7 |
|---|---|---|---|---|---|---|---|
| V,atsahPpot DaPe | Cxehm o, Re=e,ethe | .ap( Vo 5 RehepWe( c,oH | Desh,pUPpot O= V,atsahPpot | | DeUospPs vfY | DpslE,seHetPs vfY | uhhoEtP 5 CD 9a8athe vfY |
| I   0n512514 | 42 | roo(Hat /aQ O==phes 10y &K 3a(psot AP CxphaBo/ib 0b02 | AathPpots Ue, hoE,P o,(e, .osPe( Po Q,otB ahhoEtPK  DeUospPe( UospPe( Po ho,,ehP ahhoEtP o= sEhhesso, P,EsPee | 12n0-006 | -2bdy11K14 | | 0K00 |

|  |  |  |
|---|---|---|
| CO/T3N VOVu/A | nd2n2K41 | nd2n2K41 | 0K00 |
| /ess:  9atm V,ats=e,s5CD's | 0K00 | nd0n0K4n | |
| AElPoPa8 | nd2n2K41 | 201Kn2 | |
| /ess:  .aFHetPs Po DelPo,s | | 0K00 | |
| NeP | nd2n2K41 | 201Kn2 | |

.aBe AElPoPa8s     -2bdy11K14        0K00

Je,: 1GK06a

/cOR324

FC yuMag .aBe: 4

**INDVDIUAVNLU IAIESDNUVTPUPENRO NIYITDNU IAC P**

| Case No: | 11-44072 -DRC | V,EsPee NaHe: | 9RLNDu .ORVLR SL/3Ad VRTAVLL |
|---|---|---|---|
| Case NaHe: | JuRuNd gOAL.S | 9atm NaHe: | uAAOCiuVLD 9uN# |
| | | uhhoEtP NEHle, 5 CD ): | IIIIIII1G4G CxehmptB - Not i tPe,esP |
| VaMUaFe, iD No: | IIIIIIIG741 | | |
| co, .e,po( Lt(ptB: | 0n560514 | 98atmeP 9ot( vUe, hase 8pHpPY: f | yd000d000K00 |
| | | AeUa,aPe 9ot( vp= aUU8phal8eY: | |

| 1 | 2 | 6 | 4 | y | b | 7 |
|---|---|---|---|---|---|---|
| V,atsahPpot DaPe | Cxehm o, Re=e,ethe | .ap( Vo 5 RehepWe( c,oH | Desh,pUPpot O= V,atsahPpot | Ttp=o,H V,atK Co(e | DeUospPs vfY | DpslE,seHetPs vfY | uhhoEtP 5 CD 9a8athe vfY |
| | | | 9u/uNCL cOR&uRD | | | 0K00 |
| 0y502514 | | V,ats=e, =,oH uhhP )IIIIIII7201 | 9atm cEt(s V,ats=e, | nnnn-000 | nd0n0K4n | nd0n0K4n |
| 0b50b514 | | uAAOCiuVLD 9uN# | 9uN# ALRJiCL cLL | 2b00-000 | 16Ky1 | nd07bKnG |
| 0750G514 | | uAAOCiuVLD 9uN# | 9uN# ALRJiCL cLL | 2b00-000 | 16K0b | nd0b6Kn2 |
| 0G507514 | | uAAOCiuVLD 9uN# | 9uN# ALRJiCL cLL | 2b00-000 | 41K44 | nd022K4G |
| 0n50G514 | | uAAOCiuVLD 9uN# | 9uN# ALRJiCL cLL | 2b00-000 | y2KG6 | GdnbnKby |
| 0n510514 | 42 | roo(Hat /aQ O==phes //C | sathPpots WK (elPo,'s aPPo,teF | 124n-000 | 2bdy11K14 | 6yd4G0K7r |
| 0n52y514 | 46 | 3pthxe88a k ussohpPes /P( | hoE,P o,(e,e( =ees | 12n0-000 | ndG7yK00 | 4yd6yyK7n |

```
                                    CO/T3N VOVu/A                4yd47bKb6      120KG4        4yd6yyK7n
                                        /ess:  9atm V,ats=e,s5CD's  nd0n0K4n      0K00
                                    AElPoPa8                      6bd6GbK14      120KG4
                                        /ess:  .aFHetPs Po DelPo,s              0K00
                                    NeP                           6bd6GbK14      120KG4

                                                                      NLV         uCCOTNV
                                    VOVu/ - u// uCCOTNVA       NLV DL.OAiVA    DiA9TRAL3LNVA   9u/uNCL
                                    CxehmptB uhhoEtP - IIIIIII7201  nd2n2K41     201Kn2         0K00
                                    CxehmptB - Not iPe,esP - IIIIIII1G4G  6bd6GbK14  120KG4   4yd6yyK7n
                                                                  ---------------  ---------------  ---------------
                                                                      4ydb7GKyy     622K7b       4yd6yyK7n
                                                                  %%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%
                                                                  vLMh8E(es uhhoEtP  vLMh8E(es .aFHetPs  VoPa8 cEt(s
                                                                      V,ats=e,sY        Vo DelPo,sY       Ot Sat(
```

```
                5s5    9RLNDu .ORVLR SL/3Ad VRTAVLL
V,EsPee's ApBtaPE,e: zzzzzzzzzzzzzzzzzzzzzzzzzzzzzzzzz  DaPe: 1052n514
                9RLNDu .ORVLR SL/3Ad VRTAVLL
```

.aBe AElPoPa8s    4yd47bKb6    120KG4

Je,: 1GK06a

/cOR324