IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )    NO. 11-44072
JOSEPH VARAN                              )
                                          )    HON. JACK SCHMETTERER
                                          )    BANKRUPTCY JUDGE

## NOTICE OF WITHDRAWAL

TO:  Parties entitled to notice through Court's electronic filing system

PLEASE TAKE NOTICE that on October 29, 2014, the undersigned caused to be withdrawn Docket #255, Individual Estate Property Record and Report Asset Cases (Forms 1 and/or Form 2).

/s/ Brenda Porter Helms
Trustee

Brenda Porter Helms
Chapter 7 Trustee
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427