**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-44072 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | VARAN, JOSEPH | | | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | | | 341(a) Meeting Date: | 12/14/11 |
| For Period Ending: | 09/30/14 | | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 306 EAST 1ST STREET, HINSDALE | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 300.00 | 0.00 | | 0.00 | FA |
| 3. JOINTLY OWNED HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. TOOLS | 750.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. WATCH | 400.00 | 0.00 | | 0.00 | FA |
| 7. 3 PISTOLS AND SHOTGUN | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8. MISC HOUSEHOLD GOODS | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9. VW CREDIT | 0.00 | 9,292.41 | | 9,292.41 | FA |
| 10. BENTLEY FIN SVCS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. ARMOR RECOVERY | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. CHAET KAPLAN & BIAM, PC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. MICHAEL BAIM | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. BENTLEY FIN SVCS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. BENTLEY NORTHBROOK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. FRED KALMIN | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. ROMAN SEK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. BAC HOME LOAN SVC LP | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19. BANK OF AMERICA | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20. WIRBICKI LAW FIRM | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 21. GREENWICH 2006CH 24011 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22. BANK OF NY MELLON 2008CH 38923 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23. CLAIM AGAINST WIRBICKI LAW FIRM | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 24. COMPUTER | 1,500.00 | 0.00 | | 0.00 | FA |
| 25. Possible 1/6 interest in 1625 Estes, Des Plaines, (u) IL | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.03a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 11-44072 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VARAN, JOSEPH | | | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | | | 341(a) Meeting Date: | 12/14/11 |
| | | | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Amended Schedule #3 Filed 10/01/2013 | | | | | |
| 26. Single family - 2036 S. 1st. Ave., Maywood, IL (u) | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| Amended Schedule #2 10/01/2013 Tax purchaser is about to go to tax deed 2011 COTD00278 (Wheeler Deealer, Ltd.) Partnership interest-subject to real estate taxes | | | | | |
| 27. 2 flat at 15216 Turlington, Harvey, IL (u) | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| Judicial sale completed, however, Debtor was not served properly, so it is subject to a Quash Service motion. Subject to real estate taxes. | | | | | |
| 28. 2-Flat at 2414 N. Marmora, Chicago (u) | 80,000.00 | 0.00 | | 0.00 | 0.00 |
| Partnership interest - subject to real estate taxes | | | | | |
| 29. Single Family Home-6104 Marshall, Chicago Ridge, (u) IL | 0.00 | 0.00 | | 0.00 | 0.00 |
| Purchased at sheriff's (levy) sale. Subject to first mortgage. Possible claim to Quash Service against lender because Debtor was served by publication. Unable to determine without further litigation-subject to real estate taxes. | | | | | |
| 30. Condominium 7747 S. Kingston Ave., Unit C, (u) Chicago, IL | 60,000.00 | 60,000.00 | OA | 0.00 | FA |
| Condo association has possession for payment of condo dues & special assessment. Fee title-subject to real estate taxes. | | | | | |
| 31. Single Family House 223 E. 136th Street, Chicago, (u) IL | 10,000.00 | 0.00 | | 0.00 | FA |
| Fee title-Subject to outstanding real estate taxes | | | | | |
| 32. Single Family Home 2233 Des Plaines St., Blue (u) Island, IL | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| Case No: | 11-44072 DRC  Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | VARAN, JOSEPH | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | 341(a) Meeting Date: | 12/14/11 |
| | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Foreclosure complete, however Debtor was not served properly. Unable to determine without further litigation. | | | | | |
| 33. Single Family Home-4610 N. 97th Place, Oak Lawn, (u) IL | 0.00 | 0.00 | | 0.00 | FA |
| Foreclosure complete, however, Debtor was never properly served. Unable to determine without further litigation | | | | | |
| 34. Condo units at 5817 N. Artesian, Units 2 & 3, (u) Chicago, IL | 0.00 | 0.00 | | 0.00 | FA |
| Judicial sale completed, however, Debtor was never served properly. Unable to determine without further litigation. | | | | | |
| 35. 342 101st St., Chicago, IL (u) | 0.00 | 0.00 | | 0.00 | FA |
| Subject to further litigation to determine validity of claim | | | | | |
| 36. vacant lot at 146 W. 119th St., Chicago, IL (u) | 80,000.00 | 0.00 | | 0.00 | FA |
| Partnership interest with Mike Waterland-subject to real estate taxes | | | | | |
| 37. 25% interest in 2 LLC's (u) | Unknown | N/A | | 0.00 | FA |
| 38. 4900 Cheap Real Estate LLC 111 East Chestnut B (u) | Unknown | N/A | | 0.00 | FA |
| 39. 4900 Cheap Real Estate LLC 111 East Chestnut A (u) | Unknown | N/A | | 0.00 | Unknown |
| 40. Claim against Jerry Kurzac for Sale of 2001 530i (u) BMW | 6,000.00 | 0.00 | | 0.00 | FA |
| 41. 342 W. 101st Street, Chicago, IL 60628 Single (u) Family Home, Debtor improperly served OAS 2/2/2010 Debtor contests service | Unknown | N/A | | 0.00 | FA |
| 42. Claim against Goodman & Tovrov for sanctions (u) | 0.00 | 0.00 | | 26,511.14 | 0.00 |
| 43. Claim against Minchella for sanctions (u) | 0.00 | 0.00 | | 9,875.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $2,279,450.00 | $83,792.41 | | $45,678.55 | $10,000.00 |

LFORM1

Ver: 18.03a

Case 11-44072 Doc 257 Filed 10/30/14 Entered 10/30/14 14:43:59 Desc Main
Document Page 4 of 8

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 4

Case No: 11-44072 DRC Judge: DONALD R. CASSLING  Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Case Name: VARAN, JOSEPH  Date Filed (f) or Converted (c): 10/30/11 (f)
 341(a) Meeting Date: 12/14/11
 Claims Bar Date: 01/10/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Appointed successor trustee 4/17/14

Active

341 MEETING CONTINUED TO 1/10/12; RESET FOR 1/17/12 IN TRUSTEE'S OFFICE; MANY TRASNFERS AND LLC ENTITITES TO INVESTIGATE; ADVERSARY PENDING REGARDING TURNOVER OF AUTO

Investigating interests in real estate and possible abandonment of assets.

Motion to abandon assets in progress.

Column 6 assets with $0.00 value are to be included in motion to abandon.

Initial Projected Date of Final Report (TFR): 12/30/14     Current Projected Date of Final Report (TFR): 12/31/15

           /s/    BRENDA PORTER HELMS, TRUSTEE
    _____ Date: 10/30/14
           BRENDA PORTER HELMS, TRUSTEE

LFORM1  Ver: 18.03a

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-44072 -DRC | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | VARAN, JOSEPH | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******7201  Checking Account |
| Taxpayer ID No: | *******8741 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/13 | 9 | VW CREDIT, INC.<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE, IL  60048 | SALE/AUCTION PROCEEDS | 1129-000 | 9,292.41 | | 9,292.41 |
| 05/13/13 | 003001 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL  60132 | OVERNIGHT DELIVERY CHARGES<br>2990-000          $-22.18 | 2990-000 | | 22.18 | 9,270.23 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 14.98 | 9,255.25 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 13.48 | 9,241.77 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 14.91 | 9,226.86 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 15.84 | 9,211.02 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 13.42 | 9,197.60 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 14.84 | 9,182.76 |

Page Subtotals          9,292.41          109.65

LFORM24                                                                                                                                          Ver: 18.03a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-44072 -DRC | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | VARAN, JOSEPH | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******7201 Checking Account |
| Taxpayer ID No: | *******8741 | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Houston, TX  77092 | | | | | |
| 11/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 14.81 | 9,167.95 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 12/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 14.31 | 9,153.64 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 01/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 15.72 | 9,137.92 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 02/28/14 | | Green Bank | Bank Service Fee | 2600-000 | | 13.31 | 9,124.61 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 03/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 13.77 | 9,110.84 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 04/02/14 | 003002 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455  2/01/14 | 2300-000 | | 7.56 | 9,103.28 |
| | | 701 POYDRAS STREET | to 2/10/15 | | | | |
| | | SUITE 420 |         2300-000         $-7.56 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 12.79 | 9,090.49 |
| 05/02/14 | | Transfer to Acct #*******1848 | Bank Funds Transfer | 9999-000 | | 9,090.49 | 0.00 |
| * 08/13/14 | 42 | Goodman Law Offices | Sanctions per court order | 1290-003 | 26,511.14 | | 26,511.14 |
| | | 105 W. Madison St | | | | | |
| | | Chicago IL 60602 | | | | | |

Page Subtotals        26,511.14        9,182.76

Ver: 18.03a

LFORM24

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-44072 -DRC | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | VARAN, JOSEPH | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******7201 Checking Account |
| Taxpayer ID No: | *******8741 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * 09/12/14 | 42 | Goodman Law Offices<br>105 W. Madison St<br>Chicago IL 60602 | Sanctions per court order<br>Posted to wrong account. Deposited posted to correct account of successor trustee | 1290-003 | -26,511.14 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 9,292.41 | 9,292.41 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,090.49 | |
| Subtotal | 9,292.41 | 201.92 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,292.41 | 201.92 | |

Page Subtotals  -26,511.14  0.00

Ver: 18.03a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-44072 -DRC | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | VARAN, JOSEPH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1848  Checking - Non Interest |
| Taxpayer ID No: | *******8741 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******7201 | Bank Funds Transfer | 9999-000 | 9,090.49 | | 9,090.49 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.51 | 9,076.98 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.06 | 9,063.92 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.44 | 9,022.48 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.83 | 8,969.65 |
| 09/10/14 | 42 | Goodman Law Offices LLC | sanctions v. debtor's attorney | 1249-000 | 26,511.14 | | 35,480.79 |
| 09/25/14 | 43 | Minchella & Assocites Ltd | court ordered fees | 1290-000 | 9,875.00 | | 45,355.79 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 45,476.63 | 120.84 | 45,355.79 |
| Less:  Bank Transfers/CD's | 9,090.49 | 0.00 | |
| Subtotal | 36,386.14 | 120.84 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 36,386.14 | 120.84 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******7201 | 9,292.41 | 201.92 | 0.00 |
| Checking - Non Interest - *******1848 | 36,386.14 | 120.84 | 45,355.79 |
| | 45,678.55 | 322.76 | 45,355.79 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____  Date: 10/30/14
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals    45,476.63    120.84

Ver: 18.03a

LFORM24