## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 11 B 44072 |
| | ) | |
| Joseph S. Varan, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling (Geneva) |

## NOTICE OF HEARING

To:     See Attached List.

**PLEASE TAKE NOTICE** that on **December 19, 2014,** at the hour of **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling or before any other judge sitting in his place and stead in Courtroom 240 of the Kane County Courthouse, 100 South Third, Geneva, Illinois, and shall then and there present the attached **Objection to Claim No. 14 of Illinois Department of Revenue**, a copy of which is hereby served upon you.

Kathleen M. McGuire
InnovaLaw, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL  60462
Tel.: (708) 675-1975
Fax: (708) 675-1786

## CERTIFICATE OF SERVICE

I, Kathleen M. McGuire, an attorney, certify that I caused a copy of the attached Notice and Objection to Claim to be served on the parties listed on the attached service list by electronic mail, where indicated, or by first class mail by depositing same with the United States Post Office, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 20th day of November 2014.

/s/ Kathleen M. McGuire

**In re Joseph Varan, 11 B 44072**
**<u>Service</u>**

<u>Service through the CM/ECF filing system</u>:

- Alan F Block     alan@block-landsman.com
- Adam B Goodman     adam@thegoodmanlawoffices.com
- Brenda Porter Helms     brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd     courtdocs@davidlloydlaw.com
- Terri M Long     Courts@tmlong.com
- Kathleen M. McGuire     kmcguire@innovalaw.com,
  kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
- Josephine J Miceli     Jo@johnsonblumberg.com
- Erica Crohn Minchella     erica.minchella@gmail.com
- Harold L Moskowitz     hlmatty@aol.com
- Susan J. Notarius     snotarius@Klueverplatt.com, bknotice@klueverplatt.com
- Dana N O'Brien     dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
- John H Redfield     jredfield@craneheyman.com, mjoberhausen@craneheyman.com
- Jeffrey Snell     jeffrey.snell@usdoj.gov
- Jessica Tovrov     jessica@tovrovlaw.com
- Adam S Tracy     at@tracyfirm.com
- Daniel C Walters     dan.walters@il.cslegal.com

<u>Service by U.S. Mail</u>:

Joseph S. Varan
306 East 1st Street
Hinsdale, IL  60521

BMW Financial Services NA, LLC
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX  76006

Illinois Department of Revenue
Bankruptcy Section – Attn: Melvin Joyce, RTS
P.O. Box 64338
Chicago, IL  60664-0338

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 11 B 44072 |
| | ) | |
| Joseph Varan, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling (Geneva) |

**<u>OBJECTION TO CLAIM NO. 14 OF ILLINOIS DEPARTMENT OF REVENUE</u>**

NOW COMES Brenda Porter Helms, chapter 7 trustee (the "Trustee") of the bankruptcy

estate (the "Estate") of Debtor Joseph S. Varan, and for her objection to Claim No. 14 (the

"Claim") filed by Illinois Department of Revenue (the "Claimant"), states as follows:

1.       On October 30, 2011 (the "Petition Date"), the Debtor commenced this bankruptcy

case by filing a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2.       This bankruptcy case is not and has never been a proceeding for reorganization

under chapter 11 of the Bankruptcy Code.

3.       David E. Grochocinski ("Grochocinski") was initially appointed trustee of the

Debtor's chapter 7 bankruptcy Estate.

4.       Grochocinski resigned as trustee on April 16, 2014, and the Trustee was appointed

successor trustee.

5.       On May 22, 2014, Claimant filed the Claim, which has been designated Claim No.

14 by the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.  In the

Claim, Claimant asserts a claim in the amount of $9,691.54 for Illinois retailers' occupation tax or

use tax ("ROT/UT") for periods ending between June 21, 2013 and December 28, 2013.  Claimant

also characterizes the Claim as an administrative expense claim.  A copy of the Claim is attached

hereto as Exhibit A.

6.      The Debtor's liability for ROT/UT accruing after the Petition Date is a post-petition debt of the Debtor.

7.      Because this case has never been a proceeding under Chapter 11, the Claim should be disallowed in its entirety as a claim against the Estate.

WHEREFORE, Brenda Porter Helms, Trustee, prays that the Court enter an order disallowing Claim No. 14 of Illinois Department of Revenue in its entirety as a claim against the Estate.

Respectfully submitted,
Brenda Porter Helms, Trustee


By: /s/ Kathleen M. McGuire
    One of his attorneys


Kathleen M. McGuire
InnovaLaw, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL 60462
(708) 675-1975
Fax: (708) 675-1786