# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                §
                                      §
VARAN, JOSEPH                         §    Case No. 11-44072
                                      §
_____Debtor(s)          §

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $_____[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                          Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-44072   CAS   Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: | VARAN, JOSEPH | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | 341(a) Meeting Date: | 12/14/11 |
| For Period Ending: | 06/03/15 | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 306 EAST 1ST STREET, HINSDALE | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 300.00 | 0.00 | | 0.00 | FA |
| 3. JOINTLY OWNED HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. TOOLS | 750.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. WATCH | 400.00 | 0.00 | | 0.00 | FA |
| 7. 3 PISTOLS AND SHOTGUN | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8. MISC HOUSEHOLD GOODS | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9. VW CREDIT | 0.00 | 0.00 | | 0.00 | FA |
| 10. BENTLEY FIN SVCS | 0.00 | 0.00 | | 0.00 | FA |
| 11. ARMOR RECOVERY | 0.00 | 0.00 | | 0.00 | FA |
| 12. CHAET KAPLAN & BIAM, PC | 0.00 | 0.00 | | 0.00 | FA |
| 13. MICHAEL BAIM | 0.00 | 0.00 | | 0.00 | FA |
| 14. BENTLEY FIN SVCS | 0.00 | 0.00 | | 0.00 | FA |
| 15. BENTLEY NORTHBROOK | 0.00 | 0.00 | | 0.00 | FA |
| 16. FRED KALMIN | 0.00 | 0.00 | | 0.00 | FA |
| 17. ROMAN SEK | 0.00 | 0.00 | | 0.00 | FA |
| 18. BAC HOME LOAN SVC LP | 0.00 | 0.00 | | 0.00 | FA |
| 19. BANK OF AMERICA | 0.00 | 0.00 | | 0.00 | FA |
| 20. WIRBICKI LAW FIRM | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 21. GREENWICH 2006CH 24011 | 0.00 | 0.00 | | 0.00 | FA |
| 22. BANK OF NY MELLON 2008CH 38923 | 0.00 | 0.00 | | 0.00 | FA |
| 23. CLAIM AGAINST WIRBICKI LAW FIRM | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 24. COMPUTER | 1,500.00 | 0.00 | | 0.00 | FA |
| 25. Possible 1/6 interest in 1625 Estes, Des Plaines, (u) IL | Unknown | 0.00 | | 0.00 | FA |

Case 11-44072 Doc 273 Filed 09/18/15 Entered 09/18/15 09:37:31 Desc Main
Document Page 4 of 18

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 11-44072 | CAS | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | VARAN, JOSEPH | | | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | | | 341(a) Meeting Date: | 12/14/11 |
| | | | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Amended Schedule #3 Filed 10/01/2013 | | | | | |
| 26. Single family - 2036 S. 1st. Ave., Maywood, IL (u) | 15,000.00 | 0.00 | | 0.00 | FA |
| Amended Schedule #2 10/01/2013 | | | | | |
| Tax purchaser is about to go to tax deed 2011 COTD00278 (Wheeler Deealer, Ltd.) | | | | | |
| Partnership interest-subject to real estate taxes | | | | | |
| 27. 2 flat at 15216 Turlington, Harvey, IL (u) | 0.00 | 0.00 | | 0.00 | FA |
| Judicial sale completed, however, Debtor was not served properly, so it is subject to a Quash Service motion. Subject to real estate taxes. | | | | | |
| 28. 2-Flat at 2414 N. Marmora, Chicago (u) | 80,000.00 | 0.00 | | 0.00 | FA |
| Partnership interest - subject to real estate taxes | | | | | |
| 29. Single Family Home-6104 Marshall, Chicago Ridge, (u)<br>IL | 0.00 | 0.00 | | 0.00 | FA |
| Purchased at sheriff's (levy) sale. Subject to first mortgage. Possible claim to Quash Service against lender because Debtor was served by publication. Unable to determine without further litigation-subject to real estate taxes. | | | | | |
| 30. Condominium 7747 S. Kingston Ave., Unit C, (u)<br>Chicago, IL | 60,000.00 | 60,000.00 | OA | 0.00 | FA |
| Condo association has possession for payment of condo dues & special assessment. | | | | | |
| Fee title-subject to real estate taxes. | | | | | |
| 31. Single Family House 223 E. 136th Street, Chicago, (u)<br>IL | 10,000.00 | 0.00 | | 0.00 | FA |
| Fee title-Subject to outstanding real estate taxes | | | | | |
| 32. Single Family Home 2233 Des Plaines St., Blue (u)<br>Island, IL | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| Case No: | 11-44072 | CAS | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: | VARAN, JOSEPH | | | | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/11 |
| | | | | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Foreclosure complete, however Debtor was not served properly. Unable to determine without further litigation. | | | | | |
| 33. Single Family Home-4610 N. 97th Place, Oak Lawn, (u) IL | 0.00 | 0.00 | | 0.00 | FA |
| Foreclosure complete, however, Debtor was never properly served. Unable to determine without further litigation | | | | | |
| 34. Condo units at 5817 N. Artesian, Units 2 & 3, (u) Chicago, IL | 0.00 | 0.00 | | 0.00 | FA |
| Judicial sale completed, however, Debtor was never served properly. Unable to determine without further litigation. | | | | | |
| 35. 342 101st St., Chicago, IL (u) | 0.00 | 0.00 | | 0.00 | FA |
| Subject to further litigation to determine validity of claim | | | | | |
| 36. vacant lot at 146 W. 119th St., Chicago, IL (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| Partnership interest with Mike Waterland-subject to real estate taxes | | | | | |
| 37. 25% interest in 2 LLC's (u) | Unknown | N/A | | 0.00 | FA |
| 38. 4900 Cheap Real Estate LLC 111 East Chestnut B (u) | Unknown | N/A | | 0.00 | FA |
| 39. 4900 Cheap Real Estate LLC 111 East Chestnut A (u) | Unknown | 0.00 | | 0.00 | FA |
| 40. Claim against Jerry Kurzac for Sale of 2001 530i (u) BMW | 6,000.00 | 0.00 | | 0.00 | FA |
| 41. 342 W. 101st Street, Chicago, IL 60628 Single (u) Family Home, Debtor improperly served OAS 2/2/2010 Debtor contests service | Unknown | N/A | | 0.00 | FA |
| 42. Claim against Goodman & Tovrov for sanctions (u) | 0.00 | 0.00 | | 26,511.14 | FA |
| 43. Claim against Minchella for sanctions (u) | 0.00 | 0.00 | | 9,875.00 | FA |
| 44. 2007 Bentley Cont. GTC (u) Recovered proceeds from sale of foreclosed vehicle | 110,000.00 | 0.00 | | 9,292.41 | FA |

Case 11-44072   Doc 273   Filed 09/18/15   Entered 09/18/15 09:37:31   Desc Main
Document      Page 6 of 18

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4
Exhibit A

| Case No: | 11-44072 | CAS | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: | VARAN, JOSEPH | | | Date Filed (f) or Converted (c): | 10/30/11 (f) |
| | | | | 341(a) Meeting Date: | 12/14/11 |
| | | | | Claims Bar Date: | 01/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 45. Checking account (u) | 500.00 | 0.00 | | 0.00 | FA |
| 46. Office equip remain Varan realtor (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| 47. 8215 S. Maryland (u) | Unknown | 0.00 | OA | 0.00 | FA |
| Abandoned per order 8/19/14 | | | | | |

TOTALS (Excluding Unknown Values)     $2,312,950.00     $74,500.00                  $45,678.55     Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Appointed successor trustee 4/17/14

Active

341 MEETING CONTINUED TO 1/10/12; RESET FOR 1/17/12 IN TRUSTEE'S OFFICE; MANY TRASNFERS AND LLC ENTITITES TO

INVESTIGATE; ADVERSARY PENDING REGARDING TURNOVER OF AUTO

Investigating interests in real estate and possible abandonment of assets.

Motion to abandon assets in progress.

Column 6 assets with $0.00 value are to be included in motion to abandon.

Initial Projected Date of Final Report (TFR): 12/30/14     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 11-44072 -CAS | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: VARAN, JOSEPH | Bank Name: Green Bank |
| | Account Number / CD #: *******7201 Checking Account |
| Taxpayer ID No: *******8741 | |
| For Period Ending: 06/03/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/13 | 44 | VW CREDIT, INC.<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE, IL 60048 | SALE/AUCTION PROCEEDS | 1229-000 | 9,292.41 | | 9,292.41 |
| 05/13/13 | 003001 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 60132 | OVERNIGHT DELIVERY CHARGES<br>2990-000    $-22.18 | 2990-000 | | 22.18 | 9,270.23 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 14.98 | 9,255.25 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 13.48 | 9,241.77 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 14.91 | 9,226.86 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 15.84 | 9,211.02 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 13.42 | 9,197.60 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 14.84 | 9,182.76 |

Page Subtotals      9,292.41      109.65

Case 11-44072   Doc 273   Filed 09/18/15   Entered 09/18/15 09:37:31   Desc Main
Document      Page 8 of 18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-44072 -CAS | | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | VARAN, JOSEPH | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******7201  Checking Account |
| Taxpayer ID No: | *******8741 | | | |
| For Period Ending: | 06/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Houston, TX  77092 | | | | | |
| 11/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 14.81 | 9,167.95 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 12/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 14.31 | 9,153.64 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 01/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 15.72 | 9,137.92 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 02/28/14 | | Green Bank | Bank Service Fee | 2600-000 | | 13.31 | 9,124.61 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 03/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 13.77 | 9,110.84 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 04/02/14 | 003002 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455  2/01/14 | 2300-000 | | 7.56 | 9,103.28 |
| | | 701 POYDRAS STREET | to 2/10/15 | | | | |
| | | SUITE 420 | 2300-000       $-7.56 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 12.79 | 9,090.49 |
| 05/02/14 | | Transfer to Acct #*******1848 | Bank Funds Transfer | 9999-000 | | 9,090.49 | 0.00 |
| * 08/13/14 | 42 | Goodman Law Offices | Sanctions per court order | 1290-003 | 26,511.14 | | 26,511.14 |
| | | 105 W. Madison St | | | | | |
| | | Chicago IL 60602 | | | | | |

Page Subtotals    26,511.14    9,182.76

UST Form 101-7-TFR (5/1/2011) (Page: 8)
LFORM24
Ver: 18.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-44072 -CAS | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | VARAN, JOSEPH | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******7201 Checking Account |
| Taxpayer ID No: | *******8741 | | |
| For Period Ending: | 06/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/12/14 | 42 | Goodman Law Offices 105 W. Madison St Chicago IL 60602 | Sanctions per court order Posted to wrong account. Deposited posted to correct account of successor trustee | 1290-003 | -26,511.14 | | 0.00 |

|  |  |
| --- | --- |
| COLUMN TOTALS | 9,292.41   9,292.41   0.00 |
| Less: Bank Transfers/CD's | 0.00   9,090.49 |
| Subtotal | 9,292.41   201.92 |
| Less: Payments to Debtors | 0.00 |
| Net | 9,292.41   201.92 |

Page Subtotals        -26,511.14        0.00

FORM 2 Page: 4
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-44072 -CAS | | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
|---|---|---|---|---|
| Case Name: | VARAN, JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1848 Checking - Non Interest |
| Taxpayer ID No: | *******8741 | | | |
| For Period Ending: | 06/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******7201 | Bank Funds Transfer | 9999-000 | 9,090.49 | | 9,090.49 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.51 | 9,076.98 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.06 | 9,063.92 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.44 | 9,022.48 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.83 | 8,969.65 |
| 09/10/14 | 42 | Goodman Law Offices LLC | sanctions v. debtor's attorney | 1249-000 | 26,511.14 | | 35,480.79 |
| 09/25/14 | 43 | Minchella & Assocites Ltd | court ordered fees | 1290-000 | 9,875.00 | | 45,355.79 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.89 | 45,301.90 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.35 | 45,234.55 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.08 | 45,169.47 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.15 | 45,102.32 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.06 | 45,035.26 |
| 02/19/15 | 010001 | Arthur B. Levine Company | bond premium | 2300-000 | | 32.22 | 45,003.04 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.47 | 44,942.57 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.81 | 44,875.76 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.57 | 44,811.19 |
| 06/02/15 | 010002 | InnovaLaw P.C. | ATTORNEY FEES | 3110-000 | | 36,488.00 | 8,323.19 |
| 06/02/15 | 010003 | Innovalaw P.C. | attorney expenses | 3120-000 | | 397.56 | 7,925.63 |

Page Subtotals 45,476.63 37,551.00

UST Form 101-7-TFR (5/1/2011) *(Page: 10)* Ver: 18.04c
LFORM24

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-44072 -CAS |
| Case Name: | VARAN, JOSEPH |
| Taxpayer ID No: | *******8741 |
| For Period Ending: | 06/03/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1848 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 45,476.63 | 37,551.00 |   7,925.63 |
| Less: Bank Transfers/CD's | 9,090.49 | 0.00 |
| Subtotal | 36,386.14 | 37,551.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 36,386.14 | 37,551.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******7201 | 9,292.41 | 201.92 | 0.00 |
| Checking - Non Interest - *******1848 | 36,386.14 | 37,551.00 | 7,925.63 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 45,678.55 | 37,752.92 | 7,925.63 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 03, 2015 |

Case Number:  11-44072  
Debtor Name:  VARAN, JOSEPH  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | Clerk of US Bankruptcy Court | Administrative Deferred filing fee 12A1397 | | $293.00 | $0.00 | $293.00 |
| 001 3110-00 | Innovalaw, P.C. | Administrative order awarding compensation and expenses 12/19/14 | | $36,488.00 | $36,488.00 | $0.00 |
| | | | 2223271848   06/02/15   10002 | | 36,488.00 | |
| 001 3120-00 | Innovalaw, P.C. | Administrative order awarding compensation and expenses 12/19/14 | | $397.56 | $397.56 | $0.00 |
| | | | 2223271848   06/02/15   10003 | | 397.56 | |
| 200 2100-00 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL  60462 | Administrative | | $5,317.86 | $0.00 | $5,317.86 |
| 13 999 2820-00 | Illinois Department of Revenue (ADMIN) Bankruptcy Section P.O.Box 64338 Chicago, Illinois 60664-0338 | Administrative claim withdrawn | | $0.00 | $0.00 | $0.00 |
| 14 999 2820-00 | Illinois Department of Revenue (ADMIN) Bankruptcy Section P.O.Box 64338 Chicago, Illinois 60664-0338 | Administrative claim withdrawn | | $0.00 | $0.00 | $0.00 |
| BOND 999 2300-00 | Arthur B. Levine Company | Administrative | | $32.22 | $32.22 | $0.00 |
| | | | 2223271848   02/19/15   10001 | | 32.22 | |
| | Subtotal for Class Administrative | | | $42,528.64 | $36,917.78 | $5,610.86 |
| 10 056 5600-00 | Lubna Sous and Zuhayr Hammad c/o Larsen Law Firm, PC 161 N. Clark Street, Suite 3575 Chicago, IL  60601 | Priority (10-1) Claim under Consumer Fraud Act and Fraud | | $5,200.00 | $0.00 | $5,200.00 |
| 12 058 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 chicago, Illinois 60664-0338 | Priority | | $2,622.96 | $0.00 | $2,622.96 |
| 1 570 5800-00 | Department of Treasury  Internal Revenue Service P O Box 7346 Philadelphia, PA  191017346 | Priority | | $16,613.39 | $0.00 | $16,613.39 |
| | Subtotal for Class Priority | | | $24,436.35 | $0.00 | $24,436.35 |
| 12A 080 7200-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 chicago, Illinois 60664-0338 | Unsecured | | $314.04 | $0.00 | $314.04 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 03, 2015 |
|---|---|---|---|---|---|---|

Case Number: 11-44072  
Debtor Name: VARAN, JOSEPH  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10a<br>610<br>7100-00 | Lubna Sous and Zuhayr Hammad<br>c/o Larsen Law Firm, PC<br>161 N. Clark Street, Suite 3575<br>Chicago, IL 60601 | Unsecured | (10-1) Claim under Consumer Fraud Act and Fraud | $83,800.00 | $0.00 | $83,800.00 |
| 11<br>610<br>7100-00 | Doris Brown<br>PO Box 1901<br>Harvey, IL 60426 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 1a<br>610<br>7100-00 | Department of Treasury Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 191017346 | Unsecured | | $5,063.45 | $0.00 | $5,063.45 |
| 2<br>610<br>7100-00 | Pacific Global Bank<br>Dan Broughton - Chief Lending Officer<br>2323 S. Wentworth<br>Chicago, IL 60616 | Unsecured | (2-1) Judgment entered December 1, 2009 Circuit Court of Cook County | $0.00 | $0.00 | $0.00 |
| 3<br>610<br>7100-00 | FIA CARD SERVICES, N.A.<br>successor to Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $10,021.84 | $0.00 | $10,021.84 |
| 4<br>610<br>7100-00 | Lawyers Title Insurance Co<br>c/o Teller, Levit & Silvertrust, P.C.<br>19 South LaSalle Street, Suite 701<br>Chicago, IL 60603 | Unsecured | | $170,850.01 | $0.00 | $170,850.01 |
| 5<br>610<br>7100-00 | Fidelity National Title Insurance Co successor by<br>merger to Lawyer Title Ins Corp<br>Attn: Natalie Blanke<br>2111 S 67th Street Suite 210<br>Omaha, NE 68106 | Unsecured | | $170,850.01 | $0.00 | $170,850.01 |
| 6<br>610<br>7100-00 | Asset Acceptance LLC assignee FIFTH THIRD BANK<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $25,698.27 | $0.00 | $25,698.27 |
| 7<br>610<br>7100-00 | Fred Kalman<br>c/o Alan F. Block<br>Block & Landsman<br>33 N. LaSalle Street, Suite 1400<br>Chicago, IL 60602 | Unsecured | (7-1) Judgment in Circuit Court of Cook County | $298,664.00 | $0.00 | $298,664.00 |
| 8<br>610<br>7100-00 | 21st Century Financial Planners, Inc.<br>20 N. Clark St. #2450<br>Chicago, IL 60602 | Unsecured | | $1,165,288.51 | $0.00 | $1,165,288.51 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 03, 2015 |

Case Number:  11-44072  
Debtor Name:  VARAN, JOSEPH  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9<br>610<br>7100-00 | Pacific Global Bank<br>Dan Broughton - Chief Lending Officer<br>2323 S. Wentworth<br>Chicago, IL  60616 | Unsecured | | $912,305.91 | $0.00 | $912,305.91 |
| | Subtotal for Class Unsecured | | | $2,842,856.04 | $0.00 | $2,842,856.04 |
| | Case Totals: | | | $2,909,821.03 | $36,917.78 | $2,872,903.25 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-44072
Case Name: VARAN, JOSEPH
Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: D. GROCHOCINSKI PRIOR, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Innovalaw, P.C. | $ | $ | $ |
| Charges: Clerk of US Bankruptcy Court | $ | $ | $ |
| Other: Arthur B. Levine Company | $ | $ | $ |
| Other: Innovalaw, P.C. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of Treasury Internal Revenue Service | $ | $ | $ |
| 10 | Lubna Sous and Zuhayr Hammad | $ | $ | $ |
| 12 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Department of Treasury Internal Revenue Service | $ | $ | $ |
| 2 | Pacific Global Bank | $ | $ | $ |
| 3 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 4 | Lawyers Title Insurance Co | $ | $ | $ |
| 5 | Fidelity National Title Insurance Co successor by | $ | $ | $ |
| 6 | Asset Acceptance LLC assignee FIFTH THIRD BANK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Fred Kalman | $ | $ | $ |
| 8 | 21st Century Financial Planners, Inc. | $ | $ | $ |
| 9 | Pacific Global Bank | $ | $ | $ |
| 10a | Lubna Sous and Zuhayr Hammad | $ | $ | $ |
| 11 | Doris Brown | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE