UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                                    )        BK No.:   11-44072
JOSEPH VARAN                                              )
                                                          )
                                                          )        Chapter: 7
                                                          )        Honorable Donald R. Cassling
                                                          )
                                                          )        DuPage
                   Debtor(s)                              )

## ORDER ALLOWING COMPENSATION

    AT GENEVA, ILLINOIS, this 16th day of October, 2015, before the Honorable Donald R. Cassling, United States Bankruptcy Judge, in the District and Division aforesaid,

    IT APPEARING TO THE COURT that the Successor Trustee, Brenda Porter Helms, has filed an application for compensation for David Grochocinski, the prior Trustee; and

    IT APPEARING TO THE COURT that due notice has been given and the Court being fully advised in the matter,

    IT IS HEREBY ORDERED that David Grochocinski, Trustee is allowed the sum of $5,317.86 as compensation.


                                                        Enter:  *Donald R. Cassling*

                                                                Honorable Donald R. Cassling
Dated: October 16, 2015                                         United States Bankruptcy Judge

**Prepared by:**

Brenda Porter Helms
3400 W. Lawrence Ave.
Chicago IL 60625
(773) 463-6427