UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOSEPH VARAN | § | Case No. 11-44072 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,179,450.00                    Assets Exempt: 23,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  2,314.77       Claims Discharged
                                                  Without Payment:  8,303,112.01

Total Expenses of Administration:  43,363.78

---

3) Total gross receipts of $ 45,678.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 45,678.55 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 5,438,134.39 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 43,363.78 | 43,363.78 | 43,363.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 24,436.35 | 24,436.35 | 2,314.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 2,842,856.04 | 2,842,856.04 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 5,438,134.39 | $ 2,910,656.17 | $ 2,910,656.17 | $ 45,678.55 |

    4) This case was originally filed under chapter 7 on 10/30/2011 . The case was pending for 52 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/30/2016             By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Bentley Cont. GTC | 1229-000 | 9,292.41 |
| Claim against Minchella for sanctions | 1280-000 | 9,875.00 |
| Claim against Goodman & Tovrov for sanctions | 1290-000 | 26,511.14 |
| TOTAL GROSS RECEIPTS | | $45,678.55 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 4161 Piedmont Pkwy Greensboro, NC 27410 | | 398,455.68 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 | | 2,235,376.00 | NA | NA | 0.00 |
| | Bank of New York 101 Barclay Street 4W New York, NY 10286 | | 2,764,302.71 | NA | NA | 0.00 |
| | Homecrafters LLC 210 N. Addison Ave. Unit 301 Elmhurst, IL 60126 | | 40,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 5,438,134.39 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | 2100-000 | NA | 5,317.86 | 5,317.86 | 5,317.86 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 32.22 | 32.22 | 32.22 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 7.56 | 7.56 | 7.56 |
| ASSOCIATED BANK | 2600-000 | NA | 633.22 | 633.22 | 633.22 |
| Green Bank | 2600-000 | NA | 172.18 | 172.18 | 172.18 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE (ADM | 2820-000 | NA | 0.00 | 0.00 | 0.00 |
| UPS | 2990-000 | NA | 22.18 | 22.18 | 22.18 |
| INNOVALAW P.C. | 3110-000 | NA | 36,488.00 | 36,488.00 | 36,488.00 |
| INNOVALAW P.C. | 3120-000 | NA | 397.56 | 397.56 | 397.56 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 43,363.78 | $ 43,363.78 | $ 43,363.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | LUBNA SOUS AND ZUHAYR HAMMAD | 5600-000 | NA | 5,200.00 | 5,200.00 | 2,314.77 |
| 1 | DEPARTMENT OF TREASURY INTERNAL RE | 5800-000 | NA | 16,613.39 | 16,613.39 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 2,622.96 | 2,622.96 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 24,436.35 | $ 24,436.35 | $ 2,314.77 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | 21ST CENTURY FINANCIAL PLANNERS IN | 7100-000 | NA | 1,165,288.51 | 1,165,288.51 | 0.00 |
| 6 | ASSET ACCEPTANCE LLC ASSIGNEE FIFT | 7100-000 | NA | 25,698.27 | 25,698.27 | 0.00 |
| 1a | DEPARTMENT OF TREASURY INTERNAL RE | 7100-000 | NA | 5,063.45 | 5,063.45 | 0.00 |
| 11 | DORIS BROWN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | FIA CARD SERVICES N.A. | 7100-000 | NA | 10,021.84 | 10,021.84 | 0.00 |
| 5 | FIDELITY NATIONAL TITLE INSURANCE C | 7100-000 | NA | 170,850.01 | 170,850.01 | 0.00 |
| 7 | FRED KALMAN | 7100-000 | NA | 298,664.00 | 298,664.00 | 0.00 |
| 4 | LAWYERS TITLE INSURANCE CO | 7100-000 | NA | 170,850.01 | 170,850.01 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10a | LUBNA SOUS AND ZUHAYR HAMMAD | 7100-000 | NA | 83,800.00 | 83,800.00 | 0.00 |
| 2 | PACIFIC GLOBAL BANK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 9 | PACIFIC GLOBAL BANK | 7100-000 | NA | 912,305.91 | 912,305.91 | 0.00 |
| 12A | ILLINOIS DEPARTMENT OF REVENUE | 7200-000 | NA | 314.04 | 314.04 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 2,842,856.04 | $ 2,842,856.04 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-44072 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JOSEPH VARAN | | | | Date Filed (f) or Converted (c): | 10/30/2011 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2011 |
| For Period Ending: | 01/30/2016 | | | | Claims Bar Date: | 01/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 306 EAST 1ST STREET, HINSDALE | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 300.00 | 0.00 | | 0.00 | FA |
| 3. JOINTLY OWNED HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. TOOLS | 750.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. WATCH | 400.00 | 0.00 | | 0.00 | FA |
| 7. 3 PISTOLS AND SHOTGUN | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8. MISC HOUSEHOLD GOODS | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9. VW CREDIT | 0.00 | 0.00 | | 0.00 | FA |
| 10. BENTLEY FIN SVCS | 0.00 | 0.00 | | 0.00 | FA |
| 11. ARMOR RECOVERY | 0.00 | 0.00 | | 0.00 | FA |
| 12. CHAET KAPLAN & BIAM, PC | 0.00 | 0.00 | | 0.00 | FA |
| 13. MICHAEL BAIM | 0.00 | 0.00 | | 0.00 | FA |
| 14. BENTLEY FIN SVCS | 0.00 | 0.00 | | 0.00 | FA |
| 15. BENTLEY NORTHBROOK | 0.00 | 0.00 | | 0.00 | FA |
| 16. FRED KALMIN | 0.00 | 0.00 | | 0.00 | FA |
| 17. ROMAN SEK | 0.00 | 0.00 | | 0.00 | FA |
| 18. BAC HOME LOAN SVC LP | 0.00 | 0.00 | | 0.00 | FA |
| 19. BANK OF AMERICA | 0.00 | 0.00 | | 0.00 | FA |
| 20. WIRBICKI LAW FIRM | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 21. GREENWICH 2006CH 24011 | 0.00 | 0.00 | | 0.00 | FA |
| 22. BANK OF NY MELLON 2008CH 38923 | 0.00 | 0.00 | | 0.00 | FA |
| 23. CLAIM AGAINST WIRBICKI LAW FIRM | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 24. COMPUTER | 1,500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-44072 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | JOSEPH VARAN | | | | Date Filed (f) or Converted (c): | 10/30/2011 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2011 |
| For Period Ending: | 01/30/2016 | | | | Claims Bar Date: | 01/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Possible 1/6 interest in 1625 Estes, Des Plaines, (u)<br><br>ILAmended Schedule #3 Filed 10/01/2013 | Unknown | 0.00 | | 0.00 | FA |
| 26. Single family - 2036 S. 1st. Ave., Maywood, IL (u)<br><br>Amended Schedule #2 10/01/2013<br>Tax purchaser is about to go to tax deed 2011 COTD00278 (Wheeler Deealer, Ltd.)<br>Partnership interest-subject to real estate taxes | 15,000.00 | 0.00 | | 0.00 | FA |
| 27. 2 flat at 15216 Turlington, Harvey, IL (u)<br><br>Judicial sale completed, however, Debtor was not served properly, so it is subject to a Quash Service motion. Subject to real estate taxes. | 0.00 | 0.00 | | 0.00 | FA |
| 28. 2-Flat at 2414 N. Marmora, Chicago (u)<br><br>Partnership interest - subject to real estate taxes | 80,000.00 | 0.00 | | 0.00 | FA |
| 29. Single Family Home-6104 Marshall, Chicago Ridge, (u)<br><br>ILPurchased at sheriff's (levy) sale. Subject to first mortgage. Possible claim to Quash Service against lender because Debtor was served by publication. Unable to determine without further litigation-subject to real estate taxes. | 0.00 | 0.00 | | 0.00 | FA |
| 30. Condominium 7747 S. Kingston Ave., Unit C, (u)<br><br>Chicago, ILCondo association has possession for payment of condo dues & special assessment.<br>Fee title-subject to real estate taxes. | 60,000.00 | 60,000.00 | OA | 0.00 | FA |
| 31. Single Family House 223 E. 136th Street, Chicago, (u)<br><br>ILFee title-Subject to outstanding real estate taxes | 10,000.00 | 0.00 | | 0.00 | FA |
| 32. Single Family Home 2233 Des Plaines St., Blue (u)<br><br>Island, ILForeclosure complete, however Debtor was not served properly.<br>Unable to determine without further litigation. | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-44072 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | JOSEPH VARAN | | | | Date Filed (f) or Converted (c): | 10/30/2011 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2011 |
| For Period Ending: | 01/30/2016 | | | | Claims Bar Date: | 01/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 33. Single Family Home-4610 N. 97th Place, Oak Lawn, (u) ILForeclosure complete, however, Debtor was never properly served. Unable to determine without further litigation | 0.00 | 0.00 | | 0.00 | FA |
| 34. Condo units at 5817 N. Artesian, Units 2 & 3, (u) Chicago, ILJudicial sale completed, however, Debtor was never served properly. Unable to determine without further litigation. | 0.00 | 0.00 | | 0.00 | FA |
| 35. 342 101st St., Chicago, IL (u) Subject to further litigation to determine validity of claim | 0.00 | 0.00 | | 0.00 | FA |
| 36. vacant lot at 146 W. 119th St., Chicago, IL (u) Partnership interest with Mike Waterland-subject to real estate taxes | 3,000.00 | 0.00 | | 0.00 | FA |
| 37. 25% interest in 2 LLC's (u) | Unknown | N/A | | 0.00 | FA |
| 38. 4900 Cheap Real Estate LLC 111 East Chestnut B (u) | Unknown | N/A | | 0.00 | FA |
| 39. 4900 Cheap Real Estate LLC 111 East Chestnut A (u) | Unknown | 0.00 | | 0.00 | FA |
| 40. Claim against Jerry Kurzac for Sale of 2001 530i (u) BMW | 6,000.00 | 0.00 | | 0.00 | FA |
| 41. 342 W. 101st Street, Chicago, IL 60628 Single (u) Family Home, Debtor improperly served OAS 2/2/2010 Debtor contests service | Unknown | N/A | | 0.00 | FA |
| 42. Claim against Goodman & Tovrov for sanctions (u) | 0.00 | 0.00 | | 26,511.14 | FA |
| 43. Claim against Minchella for sanctions (u) | 0.00 | 0.00 | | 9,875.00 | FA |
| 44. 2007 Bentley Cont. GTC (u) Recovered proceeds from sale of foreclosed vehicle | 110,000.00 | 0.00 | | 9,292.41 | FA |
| 45. Checking account (u) | 500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-44072 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | JOSEPH VARAN | | | | Date Filed (f) or Converted (c): | 10/30/2011 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2011 |
| For Period Ending: | 01/30/2016 | | | | Claims Bar Date: | 01/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 46. Office equip remain Varan realtor (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| 47. 8215 S. Maryland (u) Abandoned per order 8/19/14 | Unknown | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $2,312,950.00 $74,500.00 $45,678.55 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Appointed successor trustee 4/17/14
Active
341 MEETING CONTINUED TO 1/10/12; RESET FOR 1/17/12 IN TRUSTEE'S OFFICE; MANY TRASNFERS AND LLC ENTITITES TO INVESTIGATE; ADVERSARY PENDING REGARDING TURNOVER OF AUTO
Investigating interests in real estate and possible abandonment of assets.
Motion to abandon assets in progress.
Column 6 assets with $0.00 value are to be included in motion to abandon.
TFR filed with Court 9/18/15; set for hearing 10/16/15

Initial Projected Date of Final Report (TFR): 12/30/2014   Current Projected Date of Final Report (TFR): 12/31/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-44072 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | JOSEPH VARAN | Bank Name: | GREEN BANK |
| | | Account Number/CD#: | XXXXXX7201 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX8741 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/30/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/13 | 44 | VW CREDIT, INC. 1401 FRANKLIN BLVD LIBERTYVILLE, IL 60048 | SALE/AUCTION PROCEEDS | 1229-000 | $9,292.41 | | $9,292.41 |
| 05/13/13 | 3001 | UPS LOCKBOX 577 CAROL STREAM, IL 60132 | OVERNIGHT DELIVERY CHARGES 2990-000     $-22.18 | 2990-000 | | $22.18 | $9,270.23 |
| 05/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $14.98 | $9,255.25 |
| 06/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $13.48 | $9,241.77 |
| 07/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $14.91 | $9,226.86 |
| 08/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $15.84 | $9,211.02 |
| 09/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $13.42 | $9,197.60 |
| 10/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $14.84 | $9,182.76 |
| 11/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $14.81 | $9,167.95 |
| 12/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $14.31 | $9,153.64 |
| 01/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $15.72 | $9,137.92 |
| 02/28/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $13.31 | $9,124.61 |

Page Subtotals:              $9,292.41       $167.80

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-44072 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: JOSEPH VARAN | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX7201 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8741 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/30/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $13.77 | $9,110.84 |
| 04/02/14 | 3002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14<br>to 2/10/15       2300-000<br>       $-7.56 | 2300-000 | | $7.56 | $9,103.28 |
| 04/30/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | $12.79 | $9,090.49 |
| 05/02/14 | | Transfer to Acct # XXXXXX1848 | Bank Funds Transfer | 9999-000 | | $9,090.49 | $0.00 |
| 08/13/14 | 42 | GOODMAN LAW OFFICE<br>105 W. Madison St Chicago IL 60602 | Sanctions per court order | 1290-000 | $26,511.14 | | $26,511.14 |
| 09/12/14 | 42 | Reverses Deposit # 1 | Sanctions per court order Posted to wrong account. Deposited posted to correct account of successor trustee | 1290-000 | ($26,511.14) | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $9,292.41 | $9,292.41 |
| Less: Bank Transfers/CD's | $0.00 | $9,090.49 |
| Subtotal | $9,292.41 | $201.92 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,292.41 | $201.92 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals:  $0.00   $9,124.61

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-44072 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: JOSEPH VARAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1848 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX8741 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/30/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/14 | | Transfer from Acct # XXXXXX7201 | Bank Funds Transfer | 9999-000 | $9,090.49 | | $9,090.49 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.51 | $9,076.98 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.06 | $9,063.92 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $41.44 | $9,022.48 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.83 | $8,969.65 |
| 09/10/14 | 42 | GOODMAN LAW OFFICES LLC | sanctions v. debtor's attorney | 1290-000 | $26,511.14 | | $35,480.79 |
| 09/25/14 | 43 | MINCHELLA & ASSOCITES LTD | court ordered fees | 1280-000 | $9,875.00 | | $45,355.79 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $53.89 | $45,301.90 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $67.35 | $45,234.55 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $65.08 | $45,169.47 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $67.15 | $45,102.32 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $67.06 | $45,035.26 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $32.22 | $45,003.04 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $60.47 | $44,942.57 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $66.81 | $44,875.76 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $64.57 | $44,811.19 |
| 06/02/15 | 10002 | INNOVALAW P.C. | ATTORNEY FEES | 3110-000 | | $36,488.00 | $8,323.19 |

Page Subtotals: $45,476.63   $37,153.44

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-44072 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | JOSEPH VARAN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1848 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX8741 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/30/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/15 | 10003 | INNOVALAW P.C. | attorney expenses | 3120-000 | | $397.56 | $7,925.63 |
| 10/23/15 | 10004 | David Grochocinski | trustee fee | 2100-000 | | $5,317.86 | $2,607.77 |
| 10/23/15 | 10005 | Clerk, U.S. Bankruptcy Court | fees | 2700-000 | | $293.00 | $2,314.77 |
| 10/23/15 | 10006 | Lubna Sous and Zuhayr Hammad | priority claim | 5600-000 | | $2,314.77 | $0.00 |

|  |  |  |
| --- | ---: | ---: |
| COLUMN TOTALS | $45,476.63 | $45,476.63 |
| Less: Bank Transfers/CD's | $9,090.49 | $0.00 |
| Subtotal | $36,386.14 | $45,476.63 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $36,386.14 | $45,476.63 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*   Page Subtotals:   $0.00   $8,323.19

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1848 - Checking - Non Interest | $36,386.14 | $45,476.63 | $0.00 |
| XXXXXX7201 - Checking Account | $9,292.41 | $201.92 | $0.00 |
|  | $45,678.55 | $45,678.55 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $45,678.55 |
| Total Gross Receipts: | $45,678.55 |